IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIUS JESSO, FRANCINE JESSO, and SHEILAH NOVASKY, on behalf of themselves and all others similarly situated, the putative class being all residents of Masontown, PA,<br><br>    Plaintiffs,<br><br>v.<br><br>HATFIELDS FERRY POWER STATION, FIRSTENERGY CORP., an Ohio foreign business corporation,<br><br>    Defendant. | Case No. 13-cv-01232-DSC<br>Judge David S. Cercone |

## REQUEST TO ENTER DEFAULT

To the Clerk of the U.S. District Court for the Western District of Pennsylvania

    The Plaintiffs in this matter pray that a default of the defendant be entered for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Peter W. Macuga, II hereto attached.

                                                  */s/ Peter W. Macuga, II*
                                                  Peter W. Macuga, II

    AND NOW, THIS __ DAY OF _____, 2013 pursuant to request to enter default and affidavits filed, default is hereby entered against Defendant for Failure to plead or otherwise defend.

                                                    _____
                                                  Clerk

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIUS JESSO, FRANCINE JESSO, and SHEILAH NOVASKY, on behalf of themselves and all others similarly situated, the putative class being all residents of Masontown, PA, ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) ) | Case No. 13-cv-01232-DSC<br>Judge David S. Cercone |
| HATFIELDS FERRY POWER STATION, FIRSTENERGY CORP., an Ohio foreign business corporation, ) ) ) ) | |
| Defendant. ) | |

## AFFIDAVIT FOR ENTRY OF DEFAULT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA ) | |
| ) ss: | |
| COUNTY OF ALLEGHENY ) | |

Peter W. Macuga, II being duly sworn, says that he is the attorney for Plaintiffs in the above-entitled action; that the complaint and summons in this action were served on Defendant on August 27, 2013: that service was made on September 4, 2013; that the time within which Defendant may answer or otherwise move as to the complaint has expired; that the Defendant has not answered or otherwise moved and that the time for Defendant to answer or otherwise move has not been extended.

/s/ Peter W. Macuga, II
Peter W. Macuga, II

Sworn to and subscribed before me this
28th day of October 2013
Notary Public

My commission expires: 06/06/2019