IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIUS JESSO, FRANCINE JESSO, SHEILAH NOVASKY, on behalf of themselves and all others similarly situated, the putative class being all residents of Masontown, PA,<br><br>Plaintiffs,<br><br>v.<br><br>HATFIELDS FERRY POWER STATION, FIRSTENERGY CORP., an Ohio foreign business corporation<br><br>Defendant. | Civil Action No. 2:13-cv-01232-DSC<br><br>Judge David S. Cercone |

## **STIPULATION TO STRIKE ENTRY OF DEFAULT**

AND NOW, come Plaintiffs, through counsel, Peter Macuga and Macuga, Liddle and Dubin, P.C., and file the below Stipulation to Strike Entry of Default.

1. On October 28, 2013, Mr. Macuga filed a Request to Enter Default [Doc. 7].

2. On October 29, 2013, the Clerk entered default against FirstEnergy Corp. for the failure to plead or otherwise respond [Doc. 8].

3. Plaintiffs now stipulate to have the Entry of Default [Doc. 8] stricken pursuant to Defendant's Motion to Strike or Set Aside Default.

WHEREFORE, Plaintiffs respectfully request that this Court strike the default entered by the Clerk in this matter.

Dated: 11/15/2013

Respectfully submitted,

_____
Peter W. Macuga, Esquire
Macuga, Liddle & Dubin, P.C.
975 East Jefferson Avenue
Detroit, MI 48207-3101

James E. DePasquale
The Law Firm of James E. DePasquale
1302 Grant Building
310 Grant Street
Pittsburgh, PA 15219

*Counsel for Julius Jesso, Francine Jesso, Sheilah Novasky, individually and as representatives of a putative class of residents of Masontown, PA*

{B1373077.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JULIUS JESSO, FRANCINE JESSO,
SHEILAH NOVASKY, on behalf of
themselves and all others similarly situated, the
putative class being all residents of
Masontown, PA,

Civil Action No. 2:13-cv-01232-DSC

Plaintiffs,

Judge David S. Cercone

v.

HATFIELDS FERRY POWER STATION,
FIRSTENERGY CORP., an Ohio foreign
business corporation

Defendant.

## PROPOSED ORDER

AND NOW, this ___ day of _____, 20___, upon consideration of DEFENDANT'S MOTION TO STRIKE OR SET ASIDE DEFAULT, it is hereby ORDERED that the Default [Doc. 8] is set aside and stricken.

BY THE COURT:

_____
Judge David S. Cercone
United States District Judge

{B1356574.1}