IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JULIUS JESSO, FRANCINE JESSO,
SHEILAH NOVASKY, on behalf of
themselves and all others similarly situated, the
putative class being all residents of
Masontown, PA,

Plaintiffs,

v.

HATFIELDS FERRY POWER STATION,
FIRSTENERGY CORP., an Ohio foreign
business corporation

Defendant.

Civil Action No. 2:13-cv-01232-DSC

Judge David S. Cercone

## STIPULATION TO STRIKE ENTRY OF DEFAULT

AND NOW, come Plaintiffs, through counsel, Peter Macuga and Macuga, Liddle and Dubin, P.C., and file the below Stipulation to Strike Entry of Default.

1. On October 28, 2013, Mr. Macuga filed a Request to Enter Default [Doc. 7].

2. On October 29, 2013, the Clerk entered default against FirstEnergy Corp. for the failure to plead or otherwise respond [Doc. 8].

3. Plaintiffs now stipulate to have the Entry of Default [Doc. 8] stricken pursuant to Defendant's Motion to Strike or Set Aside Default.

AND NOW, this 19th day of November, 20 13
IT IS SO ORDERED.
DS Cercone
UNITED STATES DISTRICT JUDGE

{B1373077.1}